*Harold Riegelman, H. H. Nordlinger* and *Robert C. Isaacs* for appellant.

*Charles E. Murphy,* Corporation Counsel (*Charles F. Preusse, W. Bernard Richland* and *Jacob Lutsky* of counsel), for respondent.

Judgments reversed, and the case remitted to the Special Term with directions to dismiss the complaint upon the ground that the issues are moot. No opinion. [See 297 N. Y. 781.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

MABEL C. SINGLE, as Administratrix with the Will Annexed of JOHN SINGLE, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 27664.)

Argued October 8, 1947; decided November 13, 1947.

*Maurice F. Lane, Donald M. Mawhinney* and *Raymond A. Hust* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Henry S. Manley* and *Wendell P. Brown* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.